UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20034-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FERNANDO FALCON,

    Defendant.
_____/

## ORDER ON DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Early Termination of Supervised Release (D.E. 103). The U.S. Probation Officer and the Government object to early termination indicating that compliance alone is not sufficient to terminate supervision and due to defendant's extensive prior history of violence and drug offenses. Therefore, it is

**ORDERED AND ADJUDGED** that Defendant's Motion for Early Termination of Supervised Release **(D.E. 103)** is **DENIED**.

**DONE AND ORDERED** at West Palm Beach, Florida this 9th day of March, 2018.

*[signature]*

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record